IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JONATHAN LAW,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PREMIER PSYCHIATRIC GROUP, LLC, NVATION, LLC, DEEP TMS PROVIDER, LLC,<br><br>　　　　　　　Defendants. | 4:14CV3090<br><br>ORDER |

　　　　This matter is before the court on the parties' joint stipulation for a video deposition of Plaintiff Jonathan Law, (Filing No. 19). The parties represent Plaintiff is a resident of California. The parties have agreed to take Plaintiff's deposition via video conference with Plaintiff appearing at the San Francisco Courthouse of the Northern District of California and the remaining participants appearing at the Lincoln Courthouse for the District of Nebraska. The respective courts have conducted tests to ensure the video conferencing technology is compatible and that the requested deposition date is available.

　　　　Accordingly,

　　　　IT IS ORDERED:

1)　　The parties joint stipulation is approved, (Filing No. 19).

2)　　The parties shall conduct Plaintiff's deposition on September 30, 2014 at 11:00 a.m. CDT, (9:00 a.m. PDT). Plaintiff shall appear at the San Francisco Courthouse of the United States District Court for the Northern District of California. The remaining participants shall appear at the United States District Court for the District of Nebraska at the courthouse in Lincoln, Nebraska.

Dated this 19th day of September, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge